UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GONZALEZ MONDRAGON, GUSTAVO GUSMAN, and ALAN REYES, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>R T FARM LABOR, INC, *et al.*,<br><br>Defendants. | Case No. 1:22-cv-01259 JLT BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT T&C VINEYARDS WITH PREJUDICE<br><br>(Docs. 103, 111) |

Clauda Gonzalez Mondragon, Gustavo Gusman, and Alan Reyes, on behalf of themselves and those similarly situated, seek to hold defendants R T Farm Labor, Inc., T&C Vineyards, Ricardo Trevino Jr., Ricardo Gomez Trevino, and Harold Chuhlantseff liable for violations of California wage and hour laws and the federal Migrant and Seasonal Agricultural Worker Protection Act. (*See* Doc. 23.)

T&C Vineyards moved to dismiss the complaint against it pursuant to Federal Rule of Civil Procedure 41 on the grounds that Plaintiffs have failed to comply with the Court's orders, including the failure to file required status reports and the failure to file a motion for class certification, and have failed to prosecute this action. (Doc. 103.) The Court referred the matter to the assigned magistrate judge. (Doc. 104.)

On August 14, 2025, the magistrate judge issued findings and recommendations

1

1 recommending the motion to dismiss be granted and T&C Vineyards be dismissed from this
2 action with prejudice.  (Doc. 111.)  The magistrate judge analyzed the following factors: (1) the
3 public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket;
4 (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on
5 their merits; and (5) the availability of less drastic alternatives. The magistrate judge determined
6 that these factors weighed in favor of dismissal and did not find that there were less drastic
7 alternatives to dismissal.  (*Id.*)

8     The Court served the Findings and Recommendations on parties and notified them that
9 any objections were due within fourteen days.  (*Id.* at 14.)  The Court also informed the parties
10 that "the failure to file objections within the specified time may result in the waiver of the 'right
11 to challenge the magistrate's factual findings' on appeal." (*Id.* at 10, quoting W*ilkerson v.*
12 *Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiffs filed objections on August 28, 2025.
13 (Doc. 112.)  T&C Vineyards replied to the objections on September 2, 2025.  (Doc. 113.)

14     According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the
15 case.  Having carefully reviewed the entire file, including Plaintiffs' objections, the Court finds
16 that the Findings and Recommendations are supported by the record and proper analysis.  Thus,
17 the Court **ORDERS**:

18     1.    The Findings and Recommendations issued on August 28, 2025 (Doc. 111) are
19         **ADOPTED**.
20     2.    T&C Vineyards' motion to dismiss, (Doc. 103), is **GRANTED**.
21     3.    T&C Vineyards is **DISMISSED** from this action with prejudice.
22     4.    The action is referred to the magistrate judge for further proceedings consistent
23         with this order.

24
25 IT IS SO ORDERED.

26     Dated:   **October 25, 2025**                     */s/ Jennifer L. Thurston*
                                                                      UNITED STATES DISTRICT JUDGE
27
28