1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   CLAUDIA GONZALEZ MONDRAGON,            Case No.  1:22-cv-01259-JLT-BAM
    GUSTAVO GUSMAN, AND ALAN
9   REYES, ON BEHALF OF THEMSELVES         ORDER TO SHOW CAUSE WHY
    AND THOSE SIMILARLY SITUATED,          CROSSCLAIM SHOULD NOT BE
10                                         DISMISSED
                    Plaintiffs,
11                                         (Doc. 28)
             v.
12                                         Deadline:  **November 7, 2025**
    R T FARM LABOR, INC., *et al.*,
13
                    Defendants.
14

15          On October 27, 2025, the Court granted defendant T&C Vineyards' motion to dismiss

16   and dismissed defendant T&C Vineyards from this action with prejudice.  (Doc. 115.)  However,

17   T&C Vineyards' crossclaim against cross-defendants R T Farm Labor, Inc., Ricardo Trevino Jr.,

18   Ricardo Gomez Trevino, and Harold Chuhlantseff remains pending.  (*See* Doc. 28.)  Accordingly,

19   no later than **November 7, 2025**, defendant T&C Vineyards is ordered to show cause in writing

20   why its crossclaim also should not be dismissed from this action.  As appropriate, defendant T&C

21   Vineyards may comply with this order by requesting dismissal consistent with Federal Rule of

22   Civil Procedure 41.  *See* Fed. R. Civ. P. 41(c) (applying Rule 41 to a dismissal of any crossclaim).

23   Failure to respond to this order to show cause may result in the imposition of sanctions.

24
25   IT IS SO ORDERED.

26      Dated:   __October 28, 2025__              ____/s/ *Barbara A. McAuliffe*____
27                                                UNITED STATES MAGISTRATE JUDGE
28

                                                1