UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GONZALEZ MONDRAGON, et al., | Case No. 1:22-cv-01259-JLT-FJS |
| Plaintiffs, | ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT |
| v. | |
| R.T. FARM LABOR, INC., et al, | |
| Defendants. | |

The Court received and reviewed Plaintiffs' Status Report. (Doc. 132.) Having considered the report, it is HEREBY ORDERED that the Status Conference set for May 4, 2026, is continued to June 3, 2026, at 9:00 AM in Courtroom 8. Plaintiffs are instructed to file an updated status report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone.  The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference.  The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE