UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLAUDIA GONZALEZ MONDRAGON, et al.,

Plaintiffs,

v.

R.T. FARM LABOR, INC., et al.,

Defendants.

Case No. 1:22-cv-01259-JLT-FJS

ORDER CONTINUING STATUS CONFERENCE

The court has received and reviewed Plaintiffs' status report. (ECF No. 134.) Having considered the report, the status conference set for June 3, 2026, is continued to July 29, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank. J Singer.  Plaintiffs are instructed to file an updated status report seven (7) days prior to the conference. The parties shall appear remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and not to be shared.

IT IS SO ORDERED.

Dated:  **May 27, 2026**

_____
UNITED STATES MAGISTRATE JUDGE