UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GONZALEZ MONDRAGON, et al.,<br>Plaintiff,<br>v.<br>R.T. FARM LABOR, INC., et al.,<br>Defendants. | CASE NO. 1:22-cv-01259-JLT-FJS<br><br>ORDER CONTINUING STATUS CONFERENCE<br><br>(ECF No. 140) |

Having considered Plaintiffs Gustavo Gusman and Alan Reyes ("Plaintiffs") status report (ECF No. 140), requesting that the current status conference be continued, and good cause appearing, the court ORDERS:

1. The Plaintiffs' request (ECF No. 140) is GRANTED in part to continue the status conference pursuant to the court's calendar;

2. The status conference currently set for July 29, 2026, is CONTINUED to October 28, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3. Plaintiffs shall file their updated status report seven (7) days before the rescheduled conference; and

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 21, 2026**

UNITED STATES MAGISTRATE JUDGE