STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
CODY A. BOLCE (Bar No. 322725)
CBolce@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA GONZALEZ MONDRAGON, GUSTAVO GUSMAN, and ALAN REYES on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>R T FARM LABOR, INC., a California Corporation, T&C VINEYARDS, an unknown business entity, RICARDO TREVINO JR., an individual, RICARDO GOMEZ TREVINO, an individual, HAROLD CHUHLANTSEFF, an individual, and DOES 1-50,<br><br>Defendants. | Case No. 1:22-cv-01259-JLT-FJS<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE |

**[~~PROPOSED~~] ORDER**

The Court, having considered Plaintiffs' Request for Dismissal Without Prejudice and the supporting Declaration of Cody A. Bolce, and good cause appearing, ORDERS AS FOLLOWS:

1. Plaintiff Claudia Gonzalez Mondragon is DISMISSED from this action without prejudice.

2. The class claims and representative claims under the Labor Code Private Attorneys General Act ("PAGA") asserted against R T Farm Labor, Inc., Ricardo Trevino Jr., Ricardo Gomez Trevino, and Harold Chuhlantseff are DISMISSED without prejudice.

3. Plaintiffs Gustavo Gusman and Alan Reyes maintain their individual claims against Defendants R T Farm Labor, Inc., Ricardo Trevino Jr., Ricardo Gomez Trevino, and Harold Chuhlantseff.

IT IS SO ORDERED.

Dated: July 24, 2026

JENNIFER L. THURSTON
U.S. District Judge