UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO GUSMAN and ALAN REYES,<br><br>Plaintiffs,<br><br>v.<br><br>R T FARM LABOR, INC, a California Corporation, RICARDO TREVINO JR., an individual, RICARDO GOMEZ TREVINO, an individual, HAROLD CHUHLANTSEFF, an individual, and DOES 1-50,<br><br>Defendants. | Case No. 1:22-CV-01259-JLT-FJS<br><br>ORDER RE: PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT<br><br>(ECF No. 138) |

On July 20, 2026, Plaintiff Claudia Gonzalez Mondragon, Gustavo Gusman, and Alan Reyes (collectively "Plaintiffs") filed their motion for default judgment as to Defendants R.T. Farm Labor, Inc., Ricardo Trevino Jr., Ricardo Gomez Trevino, and Harold A Chuhlantseff (collectively "Defendants"). (ECF No. 138.)

On September 18, 2026, the court held a motion hearing on Plaintiffs' motion for default judgment. Attorney Cody Alexander Bolce appeared on behalf of Plaintiffs. Attorney Sarjun Bal appeared on behalf of Defendant T&C Vineyard. No appearance was made on behalf of Defendants R.T. Farm Labor, Inc., Ricardo Trevino Jr., Ricardo Gomez Trevino, and Harold A Chuhlantseff.

For the reasons stated at the September 18, 2026, hearing and upon review of the record, the court finds it necessary for Plaintiff to file a second amended complaint before it can rule on the motion for default judgment. (ECF No. 138.) Accordingly, the court HEREBY ORDERS that Plaintiffs SHALL file a second amended complaint within two weeks of the date of this order. Because Defendants are not registered in the CM/ECF system the court HEREBY DIRECTS Plaintiffs to ensure that Defendants are "conventionally served … in accordance with the appropriate Federal Rules of Civil Procedure." *See* L.R. 135(b). Thereafter, Plaintiffs shall promptly file proofs of service. (*See, e.g.,* ECF Nos. 31-33.)

IT IS SO ORDERED.

Dated: **September 29, 2026**



UNITED STATES MAGISTRATE JUDGE