UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GONZALEZ MONDRAGON and ALAN REYES, individually,<br><br>Plaintiffs,<br><br>v.<br><br>R. T. FARM LABOR, INC., a California corporation; RICARDO TREVINO JR., an individual; RICARDO GOMEZ TREVINO, an individual; and HAROLD CHUHLANTSEFF, an individual<br><br>Defendants. | Case No. 1:22-CV-01259-JLT-FJS<br><br>ORDER VACATING THE OCTOBER 28, 2026, STATUS CONFERENCE<br><br>ORDER DIRECTING PLAINTIFFS TO CONSIDER WHETHER TO WITHDRAW MOTION FOR DEFAULT JUDGMENT IN LIGHT OF THE FILING OF THE SECOND AMENDED COMPLAINT<br><br>(ECF No. 138) |

On July 20, 2026, Plaintiff Claudia Gonzalez Mondragon, Gustavo Guzman, and Alan Reyes (collectively "Plaintiffs") filed their motion for default judgment. (ECF No. 138.) On September 29, 2026, pursuant to the court's grant of leave (ECF No. 148), Plaintiff filed a second amended complaint. (ECF No. 149.)

It is well-established in the Ninth Circuit that an "amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (quoting *Forsyth v. Humana, Inc*., 114 F.3d 1467, 1474 (9th Cir. 1997) (internal citation omitted)), *overruled on other grounds by Lacey v. Maricopa County*, 693 F.3d 896, 927-28 (9th Cir. 2012).

Consequently, it appears that Plaintiff's motion for default judgment is now moot. The court DIRECTS Defendant to consider whether to withdraw the motion for default judgment filed on July 20, 2026. (ECF No. 138.) Plaintiffs shall have through October 30, 2026, to withdraw this motion. Should Plaintiffs fail to withdraw the motion, the court will be forced to issue findings and recommendation recommending that this motion be denied as moot, which the assigned district judge will adopt, modify, or decline, following a fourteen-day objection period.

The court further ORDERS that the scheduling conference set for October 28, 2026, be VACATED.

IT IS SO ORDERED.

Dated: **October 19, 2026**

UNITED STATES MAGISTRATE JUDGE